NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLEARON CORP., OCCIDENTAL CHEMICAL CORPORATION,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**HEBEI JIHENG CHEMICAL CO, LTD.,**
*Defendant*

**JUANCHENG KANGTAI CHEMICAL CO., LTD., ARCH CHEMICALS, INC.,**
*Defendants-Appellants*

---

2017-1520, 2017-1528

---

Appeals from the United States Court of International Trade in Nos. 1:13-cv-00056-RKM, 1:13-cv-00061-RKM, 1:13-cv-00073-RKM, Senior Judge R. Kenton Musgrave.

---

**JUDGMENT**

---

JAMES R. CANNON, JR., Cassidy Levy Kent (USA) LLP, Washington, DC, argued for plaintiffs-appellees. Also

represented by ULRIKA K. SWANSON, JONATHAN M. ZIELINSKI.

SONIA MARIE ORFIELD, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee.  Also represented by CHAD A. READLER, JEANNE E. DAVIDSON, PATRICIA M. MCCARTHY; DAVID W. RICHARDSON, Office of the Chief Counsel for Import Administration, United States Department of Commerce, Washington, DC.

ALEXANDRA H. SALZMAN, DeKieffer & Horgan, PLLC, Washington, DC, argued for defendant-appellant Juancheng Kangtai Chemical Co., Ltd.  Also represented by GREGORY S. MENEGAZ, JAMES KEVIN HORGAN.

PEGGY CLARKE, Law Offices of Peggy A. Clarke, Washington, DC, argued for defendant-appellant Arch Chemicals, Inc.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, BRYSON, and STOLL, *Circuit Judges*).

### AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 13, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |